IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INDIA T. LLOYD, Individually and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) 1:16-cv-02664-SCJ |
| BLUE FLAME LOUNGE, INC., and JACQUELYN WHITE, | ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure,* the parties stipulate and agree to the dismissal of this case with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 17th day of December, 2016.

| | |
|---|---|
| */s/ Paul J. Sharman* | */s/ Mairen C. Kelly* |
| Paul J. Sharman | Mairen C. Kelly |
| Georgia Bar No. 227207 | Georgia Bar No. 413015 |
| THE SHARMAN LAW FIRM LLC | Fisher & Phillips LLP |
| | |
| 11175 Cicero Drive | 1075 Peachtree St., NE |
| Suite 100 | Suite 3500 |
| Alpharetta, GA 30022 | Atlanta, Georgia 30309 |

(678) 242-5297  
Paul@Sharman-Law.com

Attorney for Plaintiff

(404) 231-1400  
mkelly@laborlawyers.com

Counsel for Defendants  
Blue Flame Lounge, Inc. and  
Jacquelyn White